JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE YU,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KRISTI NOEM, ET. AL.,<br><br>　　　　Defendants. | No. 8:25-cv-00386-DOC-KES<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY**<br>**CASE PENDING ADJUDICATION OF**<br>**APPLICATION [12]**<br><br>Honorable David O. Cater<br>United States District Court Judge |

　　Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore, IT IS HEREBY ORDERED that the instant action shall be stayed until February 4, 2026.

Dated: April 22, 2025            /s/ David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE